IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| **LEROY A. KENDRICK,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **No.:3-11-1181** |
| **WEISER SECURITY SERVICES, INC.,** | ) | |
| | ) | **Judge TRAUGER** |
| | ) | **Magistrate Judge BRYANT** |
| Defendant. | ) | **JURY DEMANDED** |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

Come the parties, as indicated below by the respective signatures of their counsel of record, and announce to the Court that all claims at issue between the parties have been resolved, and the parties hereby submit this Agreed Order of Dismissal with Prejudice based upon the agreement of the parties.

Accordingly, it is **ORDERED, ADJUDGED AND DECREED** that this case is hereby dismissed with prejudice with each party to bear its/his own attorneys' fees and costs incurred in the litigation.

It is so Ordered.

Entered this _____ day of _____, 2013.

_____
Aleta Trauger
UNITED STATES DISTRICT JUDGE

APPROVED FOR ENTRY:

*/s/ Debra A. Wall*
DEBRA A. WALL, BPR #11331

Attorney for Plaintiff
133 Franklin Street
Clarksville, TN 37040
Telephone:(931) 906-3904
Facsimile: (931)906-3908
Email: debraawall@msn.com


_/s/ Jessica F. Salonus_____
MICHAEL L. RUSSELL #20268
Attorney for Defendant
1616 Westgate Circle, Suite 228
Brentwood, Tennessee 37027
(615) 354-1144
**mrussell@gilbertfirm.com**


JESSICA F. SALONUS #28158
101 North Highland
Jackson, Tennessee 38301
(731) 664-1340
jsalonus@gilbertfirm.com